Michael Zelman (SBN 297682)
mzelman@scllgpc.com
Taylor M. Prainito (SBN 286965)
tprainito@scllgpc.com
SOUTHERN CALIFORNIA LABOR LAW GROUP, PC
1875 Century Park East, Suite 480
Los Angeles, CA 90067
Telephone: (424) 231-2366
Facsimile: (323) 319-5148

Attorneys for Plaintiff,
LEONARD MALDONADO

VORYS, SATER, SEYMOUR AND PEASE LLP
Cory D. Catignani (SBN 332551)
cdcatignani@vorys.com
Emily A. Papania (SBN 325027)
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7904
Facsimile: (949) 383-2385

Attorneys for Defendants
STERLING JEWELERS INC.; STERLING
JEWELERS INSURANCE AGENCY INC.;
SIGNET JEWELERS LIMITED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

1

**NOTICE OF SETTLEMENT**

| | | |
|---|---|---|
| 1 | LEONARD MALDONADO, | Case No. 8:21-cv-00668-DOC-DFM |
| 2 | Plaintiff, | Judge David O. Carter |
| 3 | v. | **NOTICE OF SETTLEMENT** |
| 4 | STERLING JEWELERS INC., et al., | |
| 5 | Defendants. | |

# NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

Pursuant to L.R. 40-2, Plaintiff LEONARD MALDONADO ("Plaintiff"), and Defendants STERLING JEWELERS INC., STERLING JEWELERS INSURANCE AGENCY INC., STERLING JEWELERS, INC. DBA KAY JEWELERS, KAY JEWELERS, AND SIGNET JEWELERS LIMITED ("Defendants," and together with Plaintiff, the "Parties"), by and through their counsel of record, hereby submit the following Notice of Settlement. The Parties have reached a settlement in the above-entitled matter and will be filing a Notice of Dismissal with the Court within forty-five (45) days.

Dated: August 16, 2021        /s/ *Michael Zelman*
                               Michael Zelman
                               Attorney for Plaintiff


Dated: August 16, 2021        /s/ *Cory D. Catignani*
                               Cory D. Catignani
                               Attorney for Defendants

**SIGNATURE ATTESTATION PURSUANT TO L.R. 5-4.3.4(2)(i)**

    I hereby attest that the contents of this document are acceptable to counsel for Plaintiff, and that I have obtained authorization to affix counsel's electronic signature to this document.

Dated:  August 16, 2021       /s/ *Cory D. Catignani*
                                        Cory D. Catignani
                                        Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, the foregoing was filed electronically with the Court, with notice of the filing generated and sent electronically by the Court's CM/ECF system to all counsel of record.

Dated: August 16, 2021     /s/ *Cory D. Catignani*
                                             Cory D. Catignani
                                             Attorney for Defendants

| | |
|---|---|
| MALDONADO V. STERLING JEWELERS, INC. ET AL. | CASE NO.: 8:21-CV-00668-DOC-DFM |

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park E. Ste. 480, Los Angeles, California 90067.

On August 16, 2021, I served the foregoing document, described as **"NOTICE OF SETTLEMENT"** on all interested parties in this action by placing a digital copy thereof in an email, addressed as follows:

VORYS, SATER, SEYMOUR AND PEASE LLP
Cory D. Catignani
cdcatignani@vorys.com
Emily A. Papania
4675 MacArthur Court, Suite 700
Newport Beach, CA 92660
Telephone: (949) 526-7904
Facsimile: (949) 383-2385

☐ **(BY MAIL)** As follows:

☐ I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California.

☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☒ **(BY ELECTRONIC MAIL)** I sent such document via electronic mail to the number(s) noted above.

☒ **(STATE)** I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on August 16, 2021, at Los Angeles, California.

_____
Christina M. Molina

**NOTICE OF SETTLEMENT**